# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

Brunson Roberts                                                    Plaintiff

VS.                    NO. 4:05 CV 00082 JMM

Officers Brad Abbott
John Schuuilst, and
C. Randy Rhodes                                                   Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 2 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLK

## Amended Complaint

In this amended complaint, the complaint has not changed. The names that are already in the complaint are added so they can be sued in their individual capacity. The names are as follows:

B.T. Carmical, K. Jackson, Kersey, Broach, Hunter, Gorea, Sgt. Neff, the officers who arrested me on the 3 999. assaults, Chance, City of N.L.R., Ford, Amanda Lingo, and who ever issued the ~~fictitious~~ warrants that were issued for my arrest.    factitious

The names of the officers who arrested Plaintiff on Nov. 19, 2001 will have to be filled in after the production of documents has been obtained.

Officer Chance, and Amanda Lingo are on one of the factitious warrants that was issued on 6-2-02 for the Plaintiff's arrest.

This amended Complaint is in accordance with Rule 15 (3) B and the same time statues to serve the added defendants with the service of summons.

**27**

Defendants: B.T. Carmical, K. Jackson, Kersey, Broach, Hunter, Ford are the defendants from the Paragraphs 21-28 these defendants are sued in their individual capacity. These defendants are employed by N.L.R., and they violated Plaintiff's rights under the framework of the constitution.

Defendants: Lorea, Sgt. Neff, and the officers who arrested me on Nov. 19, 2001 deals with Paragraphs 46-49, and 72-75. The officers whose names are unknown to Plaintiff at this time deals with Paragraphs 15-18. All these defendants are sued in their individual capacity. These defendants are employed by N.L.R., and they violated Plaintiff's rights under the framework of the constitution.

Defendants: Amanda Lingo and officer Chance signed a warrant without the due process of the warrant. These individuals deal with the Paragraphs 51-67 and the Processing of a factitious warrants against Plaintiff. There will also be other defendants, who done the same acts added once their identity is revealed. These individuals are sued individual capacity. They are employed by N.L.R., and they violated Plaintiff's rights under the framework of the constitution.

Defendant: Joshua Scherrey, is the officer that referring to Paragraphs 63-66 violated Plaintiff's rights. This individual is sued in his individual capacity. This officer is employed by L.R.P.D., and he violated Plaintiff's rights under the framework of the constitution.

Pg 2

Wherefore, Plaintiff request the Court grant the following relief:

A: Issue a declaratory Judgement Stating that:

1. All the officers in this complaint violated Plaintiff's rights in some shape form or fashion. under the framework of the constitution.

2. The city of N.L.R. ███ fail to train and discipline officers. The officers also used a Policy of The City of N.L.R. to violate Plaintiff's rights.

Award the Plaintiff compensatory or smart money damages in the following amounts:

1.) 100,000 against all the officers listed in this complaint; for the Physical and emotional injuries sustained as a result of malice, and the violations of Plaintiff's rights in light of the framework of the constitution.

2.) 600,000 against the City of N.L.R. for not training their officers Properly and for the Physical and emotional injuries sustained as a result of inadequacy to train Properly.

Grant such other relief as it may appear the Plaintiff is entitled.

Respectfully submitted

*Brunson Roberts*

Brunson Roberts ADC# 127841
Varner Supermax Unit
P.O. Box 600
Grady AR, 71644

I declare under Penalty of Perjury (18 U.S.C. § 1621 that the foregoing is true and correct.

Executed on this 30th day of May 2005

*Brunson Roberts*

Plaintiff

Pg 3

bt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


June 3, 2005


* * MAILING CERTIFICATE OF CLERK * *


Re:   4:05-cv-00082.


True and correct copies of the attached were mailed by the clerk to the
following:


    Andrea Grimes Woods, Esq.
    North Little Rock City Attorney's Office
    City Hall
    300 Main Street
    Post Office Box 5757
    North Little Rock, AR   72119-5757


James W. McCormack, Clerk

      6/3/05                       BTyree
Date: _____    BY: _____