IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUNSON ROBERTS                                                    PLAINTIFF
ADC #127841

V.                                    NO. 4:05CV00082

OFFICERS BRAD ABBOTT,
JOHN SCHWULST AND
C. RANDY RHODES                                                    DEFENDANTS

## ORDER

Pending is Plaintiff's motion to withdraw, docket # 74, his previously filed motion for an extension of time in which to respond to the pending motion to dismiss, docket # 73. For good cause shown, the motion to withdraw, docket # 74 is granted. Plaintiff's motion for an extension of time, docket # 73 is denied as moot.

IT IS SO ORDERED this 24th day of April, 2007.

/s/ James M. Moody
James M. Moody
United States District Judge