IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUNSON ROBERTS**                                                                                    **PLAINTIFF**

VS.                              CASE NO. 4:05CV000082 JMM

**JOHN SCHWULST.**                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this   9   day of September, 2008.

_____
James M. Moody
United States District Judge